UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOSE ABRAHAM GONZALEZ-LOPEZ,          CIVIL NO. 05-2021 (PAM/JSM)

    Petitioner,

v.                                                                                                       <u>ORDER</u>

UNITED STATES OF AMERICA,

    Respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated September 7, 2005. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241, (Docket No. 1), is DISMISSED for lack of jurisdiction.

Dated: <u>September 26, 2005</u>

                                                      <u>s/ Paul A. Magnuson</u>
                                                      PAUL A. MAGNUSON
                                                      United States District Court Judge